1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   RANDY STEVEN KRAFT,                )        CASE NO. CV 01-4623 AG
                                        )
12              Petitioner,             )        **DEATH PENALTY CASE**
                                        )
13              v.                      )
                                        )        ORDER FOR SUPPLEMENTAL
14   MICHAEL MARTEL,*                    )        BRIEFING
     Acting Warden, California State    )
15   Prison at San Quentin,             )
                                        )
16              Respondent.             )
                                        )
17   _____)

18          Petitioner has requested an evidentiary hearing on four claims in his First

19   Amended Petition.  (Pet'r Mot. Evid. Hr'g, Sept. 11, 2009, at 1.)  Respondent

20   opposes the motion, arguing that "Kraft cannot sustain his burden of

21   demonstrating that the California Supreme Court's denial of his claims on the

22   merits was unreasonable within the meaning of [28 U.S.C.] § 2254(d)."  (Resp't

23   Opp'n, Sept. 28, 2009, at 5.)  Petitioner contends a hearing is necessary "because

24   each of his claims alleges facts that, if proved, would entitle him to habeas relief

25   under 28 U.S.C. § 2254(d)."  (Pet'r Reply, Oct. 26, 2009, at  8.)

26          In  *Cullen v. Pinholster*, 563 U.S. ___, 2011 WL 1225705 (Apr. 4, 2011),

27   the United States Supreme Court held that review under 28 U.S.C. § 2254(d)(1) "is

28

_____

\* Michael Martel is substituted for his predecessors as Acting Warden of California State Prison
at San Quentin, pursuant to Federal Rule of Civil Procedure 25(d).

limited to the record that was before the state court that adjudicated the claim on the merits." *Id.* at *8.  Thus, "evidence introduced in federal court has no bearing on § 2254(d)(1) review." *Id.* at *10.

Petitioner shall file a supplemental brief addressing whether an evidentiary hearing is warranted in light of *Pinholster*.  For each claim on which he seeks a hearing, petitioner shall explain why the California Supreme Court's denial of that claim "was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States," or "resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding."  28 U.S.C. § 2254(d).

Petitioner shall file his brief no later than May 23, 2011.  Respondent shall file a response within twenty-one days of the filing of petitioner's brief.  A reply, if any, may be filed not more than fourteen days thereafter.

IT IS SO ORDERED.

Dated: April 12, 2011

_____
Andrew J. Guilford
United States District Judge

Courtroom Deputy Clerk:
Lisa Bredahl
(714) 338-4757

2